IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT,
DIVISION OF VOCATIONAL REHABILITATION,

                                                  Case No. 18-cv-220-jdp

Petitioner,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
BETSY DEVOS, *in her official capacity as Secretary of the
United States Department of Education,*
and THERESA TAYLOR,

Respondents.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner State of Wisconsin Department of Workforce Development, Division of Vocational Rehabilitation (DWD) against respondent Theresa Taylor vacating and reversing a decision of the United States Department of Education awarding money damages and a permanent vending machine services contract for the Racine Correctional Institution and Sturtevant Transitional Facility to respondent.

IT IS FURTHER ORDERED AND ADJUDGED that this case is remanded to the Department of Education with instructions to affirm DWD's award of the contract to Joelyn Belsha.

Approved as to form this ___10TH___ day of December, 2019.

_____
James D. Peterson
District Judge

_____      ___12/10/19___
Peter Oppeneer                             Date
Clerk of Court