IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT,
DIVISION OF VOCATIONAL REHABILITATION,

    Petitioner,

v.

Case No. 18-cv-220-jdp

UNITED STATES DEPARTMENT OF EDUCATION,
BETSY DEVOS, *in her official capacity as Secretary of the United States Department of Education*,
and THERESA TAYLOR,

    Respondents.

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner State of Wisconsin Department of Workforce Development, Division of Vocational Rehabilitation (DWD) against respondent Theresa Taylor vacating and reversing a decision of the United States Department of Education awarding money damages and a permanent vending machine services contract for the Racine Correctional Institution and Sturtevant Transitional Facility to respondent.

Approved as to form this 7th day of January, 2020.

_____
James D. Peterson
District Judge

_____     1/7/20
Peter Oppeneer                     Date
Clerk of Court