# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| STATE OF WISCONSIN, DEPARTMENT OF WORKFORCE DEVELOPMENT, DIVISION OF VOCATIONAL REHABILITATION, | 18-cv-220-jdp |
| Petitioner, | FIRST AMENDED NOTICE OF APPEAL |
| | Judge James D. Peterson |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, BETSY DeVOS, and THERESA TAYLOR, | |
| Respondents. | |

---

## RESPONDENT TAYLOR'S FIRST AMENDED NOTICE OF APPEAL

---

Notice is hereby given that Theresa Taylor, Respondent in the above-named case, hereby amends the Notice of Appeal filed herein on January 3, 2020 to the United States Court of Appeals for the Seventh Circuit as follows. Respondent Theresa Taylor appeals from the:

A. Opinion and Order signed by Judge James D. Peterson denying Motion to Confirm and Enforce Arbitration Award; granting Petition for Judicial Review of a Final Federal Agency Decision of the U.S. District Court for the Western District of Wisconsin entered on December 3, 2019, as amended by Order entered January 7, 2020 removing language "remand[ing the case] to the Department of Education with instructions to affirm DWD's award of the contract to Joelyn Belsha."

1

B.	Judgement entered in favor of petitioner State of Wisconsin Department of Workforce Development, Division of Vocational Rehabilitation against respondent Theresa Taylor vacating and reversing a decision of the United States Department of Education awarding money damages and a permanent vending machine services contract for the Racine Correctional Institution and Sturtevant Transitional Facility to respondent; remanding the case to the Department of Education with instructions to affirm DWD's award of the contract to Joelyn Belsha entered on December 10, 2019, as amended by Amended Judgment in a Civil Case entered January 7, 2020.

The Docketing Statement required pursuant to Circuit rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit is filed as an attachment to this First Amended Notice of Appeal.

Dated January 21, 2020.

Respectfully submitted,

_____/s/_____
Susan Rockwood Gashel
2801 Coconut Ave., #6G
Honolulu, HI  96815
Telephone:  808-430-3290
Fax number: 720-437-8265
Email: susangashel@gmail.com
*Counsel for Respondent Theresa Taylor*

# CERTIFICATE OF SERVICE

This is to certify that on the 21st day of January, 2020, I caused to be electronically filed the foregoing NOTICE OF APPEAL (including the Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit filed as an attachment to this Notice of Appeal along with a separate Certificate of Service for the Docketing Statement) via the CM/ECF system, which sent electronic notice to all counsel of record.

_____/s/_____
Susan Rockwood Gashel